```
SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 255-8631 - Facsimile

Attorney for Defendant
MONZELL HARDING
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>         vs.<br><br>MONZELL HARDING,<br><br>                    Defendant. | Case No. CR 13-0764-WHO<br><br>**ORDER PERMITTING MONZELL HARDING TO FILE EXHIBITS UNDER SEAL** |

GOOD CAUSE APPEARING, it is hereby ORDERED that defendant MONZELL HARDING may file the following exhibits under seal: The PROTECTED MATERIAL consists of Exhibit C (BG007298), Exhibit D (BG066923), Exhibit E (BG008013-15), Exhibit F (BG066922, 24-25), Exhibit G (BG068245, 56-57), Exhibit H (BG066921), Exhibit I (BG066928-29), Exhibit J (Produced by government on April 7, 2014 ), and Exhibit K (BG00621, 26-27) in support of Motion for Suppression of Evidence Obtained in Violation of the Fifth Amendment (Dkt. No. 488); and Exhibit A (BG007247-49), Exhibit B (BG007277-80), and Exhibit C (BG007433) in support of Motion for Suppression of Evidence Obtained in Violation of the Fourth Amendment (Dkt. No. 489).

DATED: September 22, 2015

_____
Hon. William H. Orrick
United States District Judge